UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| JOANNE T. MARKS | ) | BANKRUPTCY NO. 11-10474-bif |
| | ) | |
| Debtor | ) | |
| ********************************* | ) | |
| JOANNE T. MARKS | ) | |
| | ) | ADV. NO. 11-00432-bif |
| Plaintiff, | ) | |
| v. | ) | |
| PERSELS & ASSOCIATES, LLC, | ) | |
| CONSUMER EDUCATION SERVICES, INC. | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2011, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

_____
HONORABLE BRUCE I. FOX
UNITED STATES BANKRUPTCY JUDGE
EASTERN DISTRICT OF PENNSYLVANIA